IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AVINO CONSTRUCTION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2877C |
| v. | ) | (Judge Hewitt) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

# NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Claudia Burke as Trial Attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Claudia Burke
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street NW

Dated: January 15, 2004

s/ Claudia Burke

CLAUDIA BURKE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Phone: (202) 307-1011
Fax: (202) 307-0972

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 15th day of January 2004 I caused to served electronically, copies of "NOTICE OF APPEARANCE" addressed as follows:

Joseph A. Camardo, Jr.
Law Firm of Joseph A. Camardo, Jr.
127 Genesee Street
Auburn, NY 13021

s/Claudia Burke