# In the United States Court of Federal Claims

No. 03-2877C
(E-Filed: June 10, 2004)

AVINO CONSTRUCTION, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

The Clerk of the Court has notified chambers that the parties' Joint Preliminary Status Report (JSPR), which was electronically filed on June 7, 2004, contains the following deficiency. In contravention of Rules 11 and 83.1(c)(2) of the Court of Federal Claims (RCFC), the JSPR was not signed by the attorney of record for plaintiff, Kevin Michael Cox. For future filings, plaintiff shall comply with the signature requirements of RCFC 11 and 83.1(c)(2).

IT IS SO ORDERED.

s/ Nancy B. Firestone
NANCY B. FIRESTONE
Judge
For EMILY C. HEWITT
Judge