# In the United States Court of Federal Claims

No. 03-2877C
(E-Filed: July 7, 2004)

AVINO CONSTRUCTION, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is the parties' Joint Preliminary Status Report. The parties propose a discovery deadline of January 31, 2005. The court orders the following:

(1) On or before January 14, 2005, the parties shall contact chambers to arrange a telephonic status conference to schedule further proceedings in this matter.

(2) On or before January 31, 2005, the parties shall complete all discovery in this matter.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge