IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AVINO CONSTRUCTION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2877C |
| v. | ) | (Judge Hewitt) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) and Rule 26 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests a modification of the discovery schedule in this matter. Specifically, defendant requests that the period of discovery be enlarged by 120 days, to and including May 31, 2005. Discovery is currently scheduled to conclude on January 31, 2005. This is defendant's first request for an enlargement of time for this purpose. Government counsel has advised plaintiff's counsel of this request, who has informed us that plaintiff consents to this motion.

An enlargement of time is necessary because the parties require additional time to respond to outstanding discovery requests. Until those discovery requests have been answered, the parties cannot determine possible deponents. Also, the parties have recently begun to discuss the possibility of settlement. We

hope that the additional time will permit us to conduct discovery while exploring settlement possibilities.

For these reasons, we respectfully request that the Court grant our motion for enlargement of time within which to complete discovery and explore settlement.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White, Jr.

FRANKLIN E. WHITE, JR.
Assistant Director

s/ Claudia Burke

CLAUDIA BURKE
Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L St., N.W.
Room 12112
Washington, D.C. 20530
Tel.: (202) 353-9063
Fax: (202) 307-0972

January 28, 2005

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 28th day of January, 2004, a copy of the foregoing "Motion For Enlargement Of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Claudia Burke"