# In the United States Court of Federal Claims

No. 03-2877C
(E-Filed: February 2, 2005)

| | |
|---|---|
| AVINO CONSTRUCTION, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is Defendant's Unopposed Motion for Enlargement of Time (Def.'s Mot.) within which to complete discovery. Defendant requests an enlargement of the discovery period by 120 days, to and including May 31, 2005. Def.'s Mot. at 1. Based on the representations contained therein, the court GRANTS the motion.

On or before May 31, 2005, the parties shall complete all discovery in this matter. On or before June 3, 2005, the parties shall file a status report proposing further proceedings in this matter.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge