IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AVINO CONSTRUCTION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2877C |
| v. | ) | (Judge Hewitt) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR STAY

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests a stay of proceedings in this case. Government counsel has advised plaintiff's counsel of this request, who has informed us that plaintiff consents to this motion.

A stay is necessary so that the parties may have the opportunity to explore settlement. We are hopeful that, given an additional two months, we may be able to resolve this case without further proceedings. If we are not able to arrive at a tentative agreement within two months, we will be prepared to proceed with litigation.

For these reasons, we respectfully request that the Court grant our motion to stay this case pending settlement discussions.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White, Jr.

FRANKLIN E. WHITE, JR.
Assistant Director

/s Claudia Burke

CLAUDIA BURKE
Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L St., N.W.
Room 12112
Washington, D.C. 20530
Tel.: (202) 353-9063
Fax: (202) 307-0972

May 31, 2005

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 31st day of May, 2005, a copy of the foregoing "Motion For Stay" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Claudia Burke