# In the United States Court of Federal Claims

No. 03-2877C
(E-Filed: June 6, 2005)

| | |
|---|---|
| AVINO CONSTRUCTION, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is Defendant's Unopposed Motion to Stay to permit the parties to explore settlement. Based on the representations contained therein, the motion is GRANTED. The parties shall file a status report on or before August 1, 2005.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge