IN THE UNITED STATES COURT OF FEDERAL CLAIMS

AVINO CONSTRUCTION, INC.

Plaintiff,

v.

UNITED STATES,

Defendant.

No. 03-2877C

(Judge Hewitt)

## PLAINTIFF'S STATUS REPORT

Pursuant to the Court's June 6, 2005 Order, Plaintiff files this status report in the above-captioned matter and states as follows:

On July 11, 2005, plaintiff and undersigned counsel traveled to Washington, D.C. for a settlement conference with defendant and its counsel. Plaintiff is in the process of providing additional information to defendant in furtherance of the these settlement discussions. The parties intend to continue to discuss settlement after defendant has had an opportunity to review the information from plaintiff.

Undersigned counsel has discussed this status report with counsel for defendant on this day.

Dated: August 1, 2005

s/ Kevin M. Cox
Joseph A. Camardo, Jr.
By: Kevin M. Cox
Law Firm of Joseph A. Camardo, Jr.
127 Genesee Street
Auburn, New York 13021
Tel: (315) 252-3846
Fax: (315) 252-3508

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 1st day of August, 2005, I caused to be served by mail (first class, postage prepaid) a copy of Plaintiff's Status Report, addressed as follows:

Claudia Burke
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

s/ Kevin M. Cox
Kevin M. Cox