# In the United States Court of Federal Claims

No. 03-2877C
(E-Filed: October 4, 2005)

| | |
|---|---|
| AVINO CONSTRUCTION, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

This case has been stayed by Order of the court filed June 6, 2005 to permit the parties to explore settlement. If the parties shall not have earlier filed a stipulation of dismissal, the parties shall, on or before October 31, 2005, file a joint status report describing in detail either (1) the parties' suggestion for further proceedings in this case or (2) the reasons why the stay should be permitted to continue.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge