IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AVINO CONSTRUCTION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2877C |
| v. | ) | (Judge Hewitt) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to this Court's order dated October 4, 2005, defendant, the United States, and plaintiff, Avino Construction, Inc. ("Avino"), respectfully submit this joint status report to inform the Court of the parties' efforts to explore settlement in this action.

On June 6, 2005, this Court granted the parties' motion to stay. On August 1, 2005, the parties notified the Court that the parties had met to discuss settlement in July, 2005, at which time Avino was in the process of assembling additional documentation in support of its settlement position. On August 4, 2005, Avino provided the Government with additional documentation. Since then, the Government has been reviewing the additional documentation with counsel for the interested agency, the Bureau of Prisons.

The parties agree that an additional meeting between counsel would promote the possibility of settlement. The parties and their respective clients have tentatively scheduled this second meeting to take place the week of November 14, 2005, in Washington, D.C.

Because the parties believe that settlement remains a possibility, they respectfully request that the Court continue to stay this action for two additional months. This will enable the Government to complete its review of all documentation submitted by Avino and will enable the parties to complete their settlement negotiations.

For these reasons, the parties respectfully request that the Court stay this case for an additional two months to allow the parties to continue to explore the possibility of settlement.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White, Jr.

FRANKLIN E. WHITE, JR.
Assistant Director

s/ Joseph A. Camardo, Jr

JOSEPH A. CAMARDO, JR.
Law Firm of Joseph A.
Camardo, Jr.
127 Genesee St.
Auburn, NY 13021
(315) 252-3846
(315) 252-3508

Attorney for Plaintiff

Nov. 1, 2005

s/ Claudia Burke

CLAUDIA BURKE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
Tel: (202) 353-9063
Fax: (202) 514-7965

Attorneys for Defendant

Nov. 1, 2005

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 1st day of November, 2005, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Claudia Burke