# In the United States Court of Federal Claims

No. 03-2877C
(E-Filed: November 2, 2005)

| | |
|---|---|
| AVINO CONSTRUCTION, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

In accordance with this court's Order of October 4, 2005, the parties have filed a joint status report describing the reasons why the stay in this matter should be permitted to continue. Based on the parties' representations about the additional meeting between counsel scheduled to take place the week of November 14, 2005 for the purpose of promoting the possibility of settlement, the court CONTINUES the stay in this case. If the parties shall not have earlier filed a stipulation of dismissal, the parties shall, on or before January 4, 2006, file a joint status report describing in detail either (1) the parties' suggestion for further proceedings in this case or (2) the reasons why the stay should be permitted to continue.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge