IN THE UNITED STATES COURT OF FEDERAL CLAIMS

AVINO CONSTRUCTION, INC.

Plaintiff,

v.

UNITED STATES,

Defendant.

No. 03-2877C

(Judge Hewitt)

**STATUS REPORT**

Pursuant to the Court's recent Order, plaintiff files this status report in the above-captioned matter and states as follows:

On December 5, 2005, plaintiff and undersigned counsel traveled to Washington, D.C. for a settlement conference with defendant and its counsel. During the meeting, the parties reached a tentative settlement of the case. Following the meeting, plaintiff provided additional information to defendant in furtherance of the settlement agreement. Counsel for the agency and counsel for the defendant are currently in the process of seeking authorized approval to enter into a settlement. In light of the foregoing, plaintiff respectfully requests that the Court continue the stay in the proceedings for an additional sixty (60) days to provide the parties time to finalize settlement.

Undersigned counsel has discussed this status report with counsel for defendant on this day.

Dated: January 4, 2006

s/ Joseph A. Camardo, Jr.
Joseph A. Camardo, Jr.
By: Kevin M. Cox
Law Firm of Joseph A. Camardo, Jr.
127 Genesee Street

Auburn, New York 13021
Tel: (315) 252-3846
Fax: (315) 252-3508

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 4th day of January, 2006, I caused to be served by mail (first class, postage prepaid) a copy of the foregoing Status Report, addressed as follows:

Claudia Burke
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

s/ Kevin M. Cox
Kevin M. Cox