# In the United States Court of Federal Claims

No. 03-2877C
(E-Filed: January 19, 2006)

| | |
|---|---|
| AVINO CONSTRUCTION, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

On November 2, 2005, this court issued an Order continuing the stay in this case and directing the parties either to file a stipulation of dismissal or a joint status report by January 4, 2006. On January 4, 2006, plaintiff filed a Status Report suggesting that the stay be continued to facilitate settlement. Further to plaintiff's request, the STAY SHALL BE EXTENDED up to and including March 6, 2006. If the parties shall not have earlier filed a stipulation of dismissal, the court DIRECTS the parties to file a Joint Status Report on or before March 6, 2006 describing in detail either (1) the parties' suggestion for further proceedings in this case or (2) the reasons why the stay should be permitted to continue.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge