IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AVINO CONSTRUCTION, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-2877C (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR CONTINUED STAY

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests a stay of proceedings in this case. Government counsel has advised plaintiff's counsel of this request, who has informed us that plaintiff consents to this motion.

A continued stay is necessary so that the parties may have the opportunity to complete settlement negotiations. The parties have reached a tentative settlement and defendant is in the process of obtaining approval from the authorized representative of the Attorney General. We are hopeful that we will have obtained approval within two weeks of the date of this motion.

For these reasons, we respectfully request that the Court grant our motion to continue the stay this case pending the conclusion of settlement discussions.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ Claudia Burke
CLAUDIA BURKE
Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L St., N.W.
Room 12112
Washington, D.C. 20530
Tel.: (202) 353-9063
Fax: (202) 307-0972

March 6, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 6th day of March, 2006, a copy of the foregoing "Defendant’s Motion For Continued Stay" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Claudia Burke