# In the United States Court of Federal Claims

No. 03-2877C
(E-Filed: March 8, 2006)

AVINO CONSTRUCTION, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is Defendant's Unopposed Motion for Continued Stay (Def.'s Mot. or motion) to permit the parties to complete settlement negotiations. In particular, defendant states that "[t]he parties have reached a tentative settlement and defendant is in the process of obtaining approval" and further states that defendant's counsel "are hopeful that we will have obtained approval within two weeks of the date of this motion." Def.'s Mot. at 1. Based on the representations contained therein, the motion is GRANTED. The parties shall notify the court within seven days after settlement is favorably concluded or, if settlement is not concluded by June 6, 2006, shall file a status report on or before that date suggesting further proceedings.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge