# In the United States Court of Federal Claims

No. 03-2877C
(E-Filed: June 8, 2006)

| | |
|---|---|
| AVINO CONSTRUCTION, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

On March 6, 2006, defendant filed Defendant's Unopposed Motion for Continued Stay (Def.'s Mot. or motion), requesting a continued stay to permit the parties to complete settlement negotiations. On March 8, 2006, the court issued an order granting the motion and directing the parties to "notify the court within seven days after settlement is favorably concluded" or, if settlement was not concluded by June 6, 2006, "to file a status report on or before that date suggesting further proceedings." Order of March 8, 2006. To date, the court has not received notification of settlement or a status report suggesting further proceedings. The parties shall FILE a status report notifying the court of a settlement or suggesting further proceedings on or before June 9, 2006.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge