IN THE UNITED STATES COURT OF FEDERAL CLAIMS

AVINO CONSTRUCTION, INC.

Plaintiff,

v.

UNITED STATES,

Defendant.

No. 03-2877C

(Judge Hewitt)

## STATUS REPORT

Pursuant to the Court's June 8, 2006 Order, plaintiff files this status report in the above-captioned matter and states as follows:

The parties have settled this matter. Plaintiff will file a Rule 41 stipulation of dismissal with prejudice promptly.

Undersigned counsel has discussed this status report with counsel for defendant on this day.

Dated: June 8, 2006

s/ Joseph A. Camardo, Jr.
Joseph A. Camardo, Jr.
By: Kevin M. Cox
Law Firm of Joseph A. Camardo, Jr.
127 Genesee Street
Auburn, New York 13021
Tel: (315) 252-3846
Fax: (315) 252-3508

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 8th day of June, 2006, I caused to be served by mail (first class, postage prepaid) a copy of the foregoing Status Report, addressed as follows:

Claudia Burke
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

s/ Kevin M. Cox
Kevin M. Cox