IN THE UNITED STATES COURT OF FEDERAL CLAIMS

AVINO CONSTRUCTION, INC.

Plaintiff,

v.

UNITED STATES,

Defendant.

No. 03-2877C

(Judge Hewitt)

**JOINT STIPULATION FOR DISMISSAL**

Pursuant to Rule 41 of the Rules of the United States Court of Federal Claims, the parties hereby jointly stipulate to dismiss this action, with prejudice, with each party to bear its own costs, attorney fees, and expenses.

Dated: June 8, 2006

s/ Joseph A. Camardo, Jr.
Joseph A. Camardo, Jr.
By: Kevin M. Cox
Law Firm of Joseph A. Camardo, Jr.
127 Genesee Street
Auburn, New York 13021
Tel: (315) 252-3846
Fax: (315) 252-3508

Attorney for Plaintiff

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White, Jr.

FRANKLIN E. WHITE, JR.
Assistant Director

s/ Claudia Burke

CLAUDIA BURKE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
tel: (202) 353-9063
fax: (202) 307-0972

June 9, 2006

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on this 8th day of June, 2006, a copy of the foregoing signed "JOINT STIPULATION FOR DISMISSAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ KEVIN M. COX